395 A.2d 995

Rizzo et al., Appellants, v. Rohrback et al.

Argued September 14, 1978.  Barton A. Haines, for appellants;  Francis Shields, for appellees, Rohrback and Ranson;  Allan H. Starr, for appellee, St. Luke's and Children's Medical Center.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 996

Savini et al., Appellants, v. Norcini et al.

Argued September 11, 1978.  D. Connors Kagno, for appellants;  Edward Conroy, for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.